**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

VINAYAK PANDURANG
SHANBHAG,

        **Plaintiff,**

v.                                       **Case No.   6:20-cv-1077-ACC-MCR**

COMMISSIONER OF SOCIAL
SECURITY,

        **Defendant.**

## ORDER

This cause is before the Court on an appeal from the final decision of the Commissioner of Social Security denying Plaintiff Vinayak Pandurang Shanbhag's application for supplemental security income.

The United States Magistrate Judge has submitted a report recommending that the final decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) with instructions to the ALJ to (a) reconsider the opinions of Dr. Brown and Mr. Mitchell, explain what weight they are being accorded, and the reasons therefor; (b) reconsider the RFC assessment, if necessary; and (c) conduct any further proceedings deemed appropriate.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed January 6, 2022 (Doc. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The final decision of the Commissioner of Social Security denying Plaintiff's application for social security income is hereby **REVERSED AND REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3.      The Clerk is **DIRECTED** to enter judgment accordingly and include the following: "If Plaintiff were to ultimately prevail in this case upon remand to the Social Security Administration, any § 406(b) or § 1383(d)(2) fee application must be filed within the parameters set forth by the Standing Order on Management of Social Security Cases entered in *In re: Administrative Orders of the Chief Judge*, Case No.: 3:21-mc-1-TJC (M.D. Fla. Dec. 7, 2021)."

4.      The Clerk is **DIRECTED** to **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on January 24, 2022.

ANNE C. CONWAY
United States District Judge

- 3 -

Copies furnished to:

Counsel of Record
Unrepresented Parties